# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1031. WILLIAM HOYT WHITTENBURG v. THE STATE.

In 2021, William Hoyt Whittenburg pleaded guilty to possession of cocaine and other crimes. He thereafter filed several pro se motions, seeking to challenge his conviction. On November 28, 2022, the trial court dismissed the motions, finding that Whittenburg's only possible remedy was through an action in habeas corpus. Whittenburg filed both a discretionary application, which was dismissed, see Case No. A23D0201 (Jan. 20, 2023), and the instant direct appeal. We lack jurisdiction.

Our dismissal of Whittenburg's discretionary application bars further appellate review of the order at issue. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) ("[T]he denial of an application for discretionary appeal is an adjudication on the merits of the underlying order and acts as res judicata in subsequent proceedings."); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

Furthermore, as this Court explained in its dismissal order in Case No. A23D0201, in substance, Whittenburg's pro se motions are an improper challenge to the validity of his conviction. A motion seeking to challenge an allegedly invalid or void judgment of conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __02/28/2023__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*